Seth Ptasiewicz, Esq. (SP-8875)
**KROLL HEINEMAN CARTON, LLC**
Metro Corporate Campus I
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: 732-491-2100
Fax: 732-491-2120
*Attorneys for Defendants New Jersey Carpenters Funds and United Brotherhood of Carpenters and Joiners of America Local Union No. 02*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDY WILLIAMS, | ) Hon. |
| | ) |
| Plaintiff, | ) Civil Action No.: |
| | ) |
| v. | ) |
| | ) |
| NEW JERSEY CARPENTERS FUNDS and | ) **NOTICE OF REMOVAL** |
| UNITED BROTHERHOOD OF CARPENTERS | ) |
| AND JOINERS OF AMERICA LOCAL UNION | ) |
| NO. 2, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

TO:    The Honorable Judges of the United States District Court for the District of New Jersey

Defendant New Jersey Carpenters Funds ("Funds") and United Brotherhood of Carpenters and Joiners of America Local Union No. 2 ("Union")(sometimes collectively referred to herein as "Defendants"), hereby remove this civil action from the Superior Court of New Jersey Law Division, Special Civil Part, Atlantic County to the United States District Court for the District of New Jersey, pursuant to 28 U.S.C. §§ 1331, 1441 & 1446.   In support of its Notice of Removal, Defendant states:

1.    On or about June 20, 2013, Plaintiff Sandy Williams filed a Complaint in the

Superior Court of New Jersey, Law Division, Special Civil Part, Atlantic County, against Defendants.   A true and accurate copy of the Complaint is attached hereto as **Exhibit A**.

2.      Defendants received a copy of the Complaint in this action, on June 26, 2013. This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of the date on which Defendant first received the Complaint.

3.      As of this date, Defendants have not filed a responsive pleading.

4.      The cause of action set forth in the Complaint is for the recovery of benefits allegedly due under the terms of the Fund's plan of benefits and thus this Court has original jurisdiction under the provisions of 28 U.S.C. §1331, 28 U.S.C. §1337, and Section 502(e)(1) and (f) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. §1132(e)(1) and (f), and this matter may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441.

5.      This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

6.      Upon filing this Notice of Removal, Defendants shall give written notice thereof to Plaintiff shall file copies of said Notice and Notice of Filing of Removal with the Court Clerk, Superior Court of New Jersey, Law Division, Special Civil Part, Atlantic County.

**WHEREFORE**, Defendants New Jersey Carpenters Funds and United Brotherhood of Carpenters and Joiners of America Local Union No. 02 pray that the above-captioned matter now pending against them in the Superior Court of New Jersey, Law Division, Special Civil Part, Atlantic County, be removed to the United States District Court for the District of New Jersey, where it shall proceed as an action originally commenced therein.

**KROLL HEINEMAN CARTON, LLC**
Attorneys for Defendants

By:    *S/ SETH PTASIEWICZ*
             Seth Ptasiewicz

DATED: July 1, 2013

**CERTIFICATION PURSUANT TO
LOCAL CIVIL RULE 11.2**

I hereby certify that the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.

**KROLL HEINEMAN CARTON, LLC**
Attorneys for Defendant

By:    *s/ SETH PTASIEWICZ*
             Seth Ptasiewicz

Dated: July 1, 2013

# EXHIBIT A

SPECIAL CIVIL PART SUMMONS AND RETURN OF SERVICE - FORM B

Plaintiff or Plaintiff's Attorney Information:

Name: *Sandy Williams*

Address: *1909 Mage llan Ave*
*Atlantic city NJ 08401*

Telephone No.: *504-301-5331*

*Sandy William*, Plaintiff(s)

versus

*New NJ carpenters HEALTH FUND*, Defendant(s)

| | |
|---|---|
| Demand Amount: | |
| Filing Fee: | |
| Service Fee: | |
| Attorney's Fees: | |
| TOTAL | $0.00 |

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION, SPECIAL CIVIL PART

*ATLANTIC* COUNTY
*1201 BACHARACH BLVD*
*ATLANTIC CITY, NJ 08401*

DC-004806-13

Docket No: _____
(to be provided by the court)

**Civil Action**

**SUMMONS**

(Check one): ☐ Contract  or  ☐ Tort

Defendant(s) Information: Name, Address & Phone:

*UNITED Brotherhood of CARpenters*
*AND JoiNerso America*     *NJ Carpenters Health FUND*
*LOCAL UNION 0255*          *Raritan Plaza ll*
*3300 S. White horse Pike*  *P.O. Box 7818*
*Hammonton, NJ 08037*       *Edison NJ 08818-7818*

Date Served: __Date Served: 06/26/2013__

## RETURN OF SERVICE IF SERVED BY COURT OFFICER (For Court Use Only)

Docket Number: _____

Date:_____ Time:_____ WM_____ WF_____ BM_____ BF_____OTHER_____

HT____WT____AGE_____HAIR_____MUSTACHE_____BEARD_____GLASSES_____

NAME:_____RELATIONSHIP:_____

Description of Premises: _____

_____

I hereby certify the above to be true and accurate;

_____
Special Civil Part Officer

# THE SUPERIOR COURT OF NEW JERSEY
## Law Division, Special Civil Part

· SUMMONS

**RECEIVED**

JUL − 1 2013

## YOU ARE BEING SUED!

**IF YOU WANT THE COURT TO HEAR YOUR SIDE OF THIS LAWSUIT, YOU MUST FILE A WRITTEN ANSWER WITH THE COURT WITHIN 35 DAYS OR THE COURT MAY RULE AGAINST YOU. READ ALL OF THIS PAGE AND THE NEXT PAGE FOR DETAILS.**

In the attached complaint, the person suing you (who is called *the plaintiff*) briefly tells the court his or her version of the facts of the case and how much money he or she claims you owe. **You are cautioned that if you do not answer the complaint, you may lose the case automatically,** and the court may give the plaintiff what the plaintiff is asking for, plus interest and court costs. If a judgment is entered against you, a Special Civil Part Officer may seize your money, wages or personal property to pay all or part of the judgment and the judgment is valid for 20 years.

**You can do one or more of the following things:**

1. *Answer the complaint.* An answer form is available at the Office of the Clerk of the Special Civil Part. The answer form shows you how to respond in writing to the claims stated in the complaint. If you decide to answer, you must send it to the court's address on page 2 and pay a $15 filing fee with your answer and send a copy of the answer to the plaintiff's lawyer, or to the plaintiff if the plaintiff does not have a lawyer. Both of these steps must be done **within 35 days (including weekends)** from the date you were "served" (sent the complaint). That date is noted on the next page.

### AND/OR

2. *Resolve the dispute.* You may wish to contact the plaintiff's lawyer, or the plaintiff if the plaintiff does not have a lawyer, to resolve this dispute. **You do not have to do this unless you want to.** This may avoid the entry of a judgment and the plaintiff may agree to accept payment arrangements, which is something that cannot be forced by the court. Negotiating with the plaintiff or the plaintiff's attorney will not stop the 35-day period for filing an answer unless a written agreement is reached and filed with the court.

### AND/OR

3. *Get a lawyer.* If you cannot afford to pay for a lawyer, free legal advice may be available by contacting Legal Services at 609-348-4208. If you can afford to pay a lawyer but do not know one, you may call the Lawyer Referral Services of your local county Bar Association at 609-345-3444.

If you need an interpreter or an accommodation for a disability, you must notify the court immediately.

**La traducción al español se encuentra al dorso de esta página.**

*Teresa Umgaro*
Clerk of the Special Civil Part

Revised 9/2002

FILED Jun 20, 2013

**Special Civil Part Complaint**

**Superior Court Of New Jersey**
**Law Division, Special Civil Part**

_____County

DC-004806-13

Docket No. _____

Sandy Williams
Plaintiff's Name

1909 Magellen Ave
Street Address

Atlantic City, N.J. 08401
Town, State, Zip Code

504-301-5331
Telephone Number

vs.

**CIVIL ACTION**

New Jersey Carpenters Funds
Defendant's Name (Person you are suing)

RAriton Plaza II PO Box 7818
Street Address

Edison, N.J. 08818-7818   and
Town, State, Zip Code

_____
Telephone Number

**Complaint**

United Brotherhood of
carpenters And Joinero
America Local union 02
3300 S. white horse Pik
Hammonton NJ 08037

Type or print the reasons you, the Plaintiff(s), are suing the Defendant(s): (See instruction B)

My primary carrier refered me to go to Rothman for Sugery, Sugery was done and lining of the foot was not properly done and now it has to be done again. I contacted the funds office and they refused to address the issue with the Doctors

(You may attach more sheets if you need to)

The amount you, the Plaintiff(s) are demanding from the Defendant(s) $ 15,000 plus interest and
$ _____ for the costs of suing.

At the trial Plaintiff will need: An interpreter: _____ Yes _✓_ No   Indicate Language: _____

An accommodation for a disability: _____ Yes _✓_ No   Indicate Accommodation: _____

I certify that the above matter in controversy is not the subject of any other court action or arbitration proceeding now
pending or contemplated, and that no other parties should be joined in this action.

I certify that confidential personal identifi... ... been redacted from documents now submitted to the court and will
be redacted from all documents submitted in ... ... accordance with *Rule* 1:38-7(b).

Dated: 6-20-13

_____
ur Signature

S Williams
Na... ...d or Printed

 New Jersey Carpenters Funds

(732) 417-3900 • 1-800-624-3096 • www.njcf.org

Raritan Plaza II, P.O. Box 7818, Edison, N.J. 08818-7818

May 10, 2013

Mr. Sandy Williams
5535 Ridgewood Street
Philadelphia, Pennsylvania 19143-4030

Re:     New Jersey Carpenters Health Fund
ID      ZJC741027284

Dear Mr. Williams:

Please be advised since you have applied for pension and have received a Social Security Disability Award, we are able to use your banking credits of $4,678.44 from 2011.

This will reduce your <u>monthly</u> self-payment from April 1, 2013 thru March 31, 2014 as follows:

|          |        |                                                                        |
|----------|--------|------------------------------------------------------------------------|
| Level I  | $235   | (Hospital and Surgical Benefits)                                       |
| Level II | $568   | (Hospital, Surgical, Major Medical, & Pharmaceutical Prescription Benefits) |

This payment will be due by July 10, 2013, 60 days from the date of this notice.  Thereafter all payments must be received by the first of each month.  Your level of coverage will not be activated until payment is received.  If you decide to purchase the coverage you would need to pay the monthly amount retroactive to your termination date of April 1, 2013.

With regard to authorization for your surgery performed on March 29th, benefits were given to the provider on March 18, 2013 based upon your eligibility at that time. Payment has been made for any and all services, prior to your termination date.  However any additional services required after April 1, 2013 will be ineligible unless you elect to purchase this coverage under the terms listed above.

If you have any additional questions, please do not hesitate to contact the Fund Office.

Sincerely
New Jersey Carpenters Health Fund

Jack Sullivan
Health Benefits Manager

JS/mdh



**NJCF**   New Jersey Carpenters Funds                    (732) 417-3900 • 1-800-624-3096 • www.njcf.org

Raritan Plaza II, P.O. Box 7818, Edison, N.J. 08818-7818

FEBRUARY 2013                              *Reduce # 4673.44*

SANDY WILLIAMS
5535 RIDGEWOOD STREET
PHILADELPHIA, PA 19143-4030

                                        S.S. 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

DEAR PARTICIPANT:

THIS IS TO NOTIFY YOU THAT YOUR BENEFITS UNDER THE NEW JERSEY CARPENTERS
HEALTH FUND WILL TERMINATE AS OF MIDNIGHT, MARCH 31, 2013, DUE TO THE
FACT THAT YOU DO NOT MEET THE ELIGIBILITY REQUIREMENTS FOR CONTINUED
COVERAGE.

PLEASE BE ADVISED THAT THIS NOTICE IS BEING SENT TO YOU BEFORE MARCH
31ST, THE END OF THE BENEFIT PLAN YEAR, AND THAT IF ADDITIONAL
CONTRIBUTIONS ARE RECEIVED, OR OTHER CREDITS ARE DUE ON YOUR BEHALF, PROPER
ADJUSTMENT WILL BE MADE AND NOTIFICATION WILL BE SENT TO YOU.

UNDER THE PROVISIONS OF THE PLAN, IF YOU WORKED IN AN OUTSIDE AREA AND
CONTRIBUTIONS WERE MADE ON YOUR BEHALF TO A HEALTH FUND WITH WHICH WE HAVE
A RECIPROCAL AGREEMENT, WE WILL REQUEST THE TRANSFER OF YOUR CONTRIBUTIONS
ONCE YOU HAVE REQUESTED A RECIPROCAL TRANSFER REQUEST FORM, COMPLETED SAME
AND RETURNED IT TO THIS OFFICE.

PLEASE BE ADVISED THAT BANKING HOURS WILL BE TAKEN INTO CONSIDERATION AS LONG
AS YOU HAVE AT LEAST 250 HOURS OR $2000.00 IN CURRENT YEAR CONTRIBUTIONS.


PLEASE CONTACT THE FUND OFFICE IF YOU HAVE ANY QUESTIONS.

                        VERY TRULY YOURS,
                        NEW JERSEY CARPENTERS FUNDS
                        GEORGE R. LAUFENBERG
                        ADMINISTRATIVE MANAGER





New Jersey Carpenters Funds

(732) 417-3900 • 1-800-624-3096 • www.njcf.org

PAGE 2

Raritan Plaza II, P.O. Box 7818, Edison, N.J. 08818-7818

RE: CONTINUATION OF HEALTH COVERAGE UNDER COBRA

YOU MAY ELECT TO CONTINUE COVERAGE THROUGH THE NEW JERSEY CARPENTERS
HEALTH FUND FOR A PERIOD OF 18 MONTHS. YOUR CONTINUED COVERAGE WILL
BE THE SAME AS PROVIDED ALL ACTIVE EMPLOYEES COVERED UNDER THE PLAN.

IF YOU ARE PERMANENTLY AND TOTALLY DISABLED AS DEFINED UNDER THE SOCIAL
SECURITY ACT AT THE TIME OF THE QUALIFYING EVENT, YOU MAY CONTINUE
COVERAGE FOR AN ADDITIONAL 11 MONTHS (29 MONTHS TOTAL) PROVIDED YOU ADVISE
THE FUND OFFICE OF YOUR DISABILITY WITHIN 60 DAYS OF THE DETERMINATION DATE.

COST OF CONTINUATION BENEFITS:

IF YOU ELECT TO CONTINUE COVERAGE, YOUR CURRENT MONTHLY COST FOR
CONTINUING BENEFITS IS AS FOLLOWS:


            LEVEL 1   625.00
            LEVEL 2   958.00


*NO DEATH OR DISMEMBERMENT BENEFITS ARE OFFERED UNDER COBRA*

ELECTION AND PAYMENT FOR COVERAGE:

TO ELECT CONTINUATION OF BENEFITS, PLEASE COMPLETE AND RETURN THE
ENCLOSED ELECTION FORM IMMEDIATELY. PAYMENT FOR COVERAGE SHOULD BE
REMITTED WITH YOUR ELECTION FORM. WHEN YOUR PAYMENT IS RECEIVED, YOUR
BENEFITS WILL BE REINSTATED RETROACTIVE TO YOUR TERMINATION DATE. IF
YOU CHOOSE NOT TO SUMBIT PAYMENT WITH THE ELECTION FORM, YOU WILL
BE GIVEN 45 DAYS FROM THE DATE OF YOUR ELECTION TO PAY FOR YOUR
RETROACTIVE COVERAGE. AT THAT TIME, YOU MUST PAY FOR FOUR MONTHS OF
COVERAGE:
            (1) COVERAGE DURING THE 60 DAY ELECTION PERIOD;
            (2) COVERAGE DURING THE 45 DAY PAYMENT PERIOD; AND
            (3) COVERAGE DURING THE REMAINDER OF THE MONTH.

PLEASE MAKE YOUR CHECK OR MONEY ORDER PAYABLE TO THE NEW JERSEY
CARPENTERS HEALTH FUND. PLEASE INDICATE YOUR I.D.# ON THE CHECK.

 New Jersey Carpenters Funds

(732) 417-3900 • 1-800-624-3096 • www.njcf.org

PAGE 3

Raritan Plaza II, P.O. Box 7818, Edison, N.J. 08818-7818

THEREAFTER, YOUR REGULAR MONTHLY PAYMENTS MUST BE RECEIVED IN THIS OFFICE BY THE FIRST OF EACH MONTH.

IF WE DO NOT RECEIVE YOUR ELECTION WITHIN 60 DAYS OF YOUR TERMINATION DATE, YOUR RIGHTS UNDER C.O.B.R.A. WILL AUTOMATICALLY BE TERMINATED.

TERMINATION OF COVERAGE:

YOUR CONTINUATION COVERAGE WILL BE TERMINATED 18 MONTHS AFTER THE QUALIFYING EVENT. HOWEVER CONTINUATION BENEFITS FOR ANY COVERED PERSON WILL BE TERMINATED EARLIER IF:

1. PAYMENT IS NOT RECEIVED IN OUR OFFICE ON A TIMELY BASIS;

2. THE PERSON BECOMES COVERED BY ANOTHER GROUP PLAN THROUGH EMPLOYMENT OR MARRIAGE;

3. THE PERSON BECOMES ELIGIBLE FOR MEDICARE; OR

4. THE NEW JERSEY CARPENTERS HEALTH FUND TERMINATED COVERAGE FOR ALL EMPLOYEES.

 New Jersey Carpenters Funds

(732) 417-3900 • 1-800-624-3096 • www.njcf.org

Raritan Plaza II, P.O. Box 7818, Edison, N.J. 08818-7818

## CERTIFICATE OF GROUP HEALTH PLAN COVERAGE

1. Date of this certificate:      FEBRUARY 21, 2013

2. Name of group health plan: New Jersey Carpenters Health Fund

3. Name of participant:   SANDY WILLIAMS

4. Identification number of participant:        ZJC741027284

5. Name of any dependents to whom this certificate applies:
       THERESA


6. Name, address, and telephone number of plan administrator or issuer responsible for providing this certificate:

    New Jersey Carpenters Health Fund
    Raritan Plaza II
    P.O. Box 7818
    Edison, N.J. 08818-7818
    732-417-3900

7. For further information, call: 732-417-3900

8. If the individual(s) identified in line 3 and line 5 has at least 18 months of creditable coverage (disregarding periods of coverage before a 63-day break), check here          and skip lines 9 and 10.

9. Date waiting period or affiliation period (if any) began:

10. Date coverage began:    04-01-2012

11. Date coverage ended: 04-01-2013   (or check if coverage is continuing as of the date of this certificate:         ).

